FILED
SCRANTON
MAY 18 2007
PER_____ DEPUTY CLERK

98-CV-1019

```
Court Name: Pennsylvania Middle
Division: 3
Receipt Number: 333802834
Cashier ID: bangell
Transaction Date: 05/18/2007
Payer Name: SCI Coal Township

PLRA CIVIL FILING FEE
 For: Joseph Canino
 Case/Party: D-PAM-1-98-CV-001019-001
 Amount:         $3.41
PLRA CIVIL FILING FEE
 For: Donald Flynn
 Case/Party: D-PAM-1-01-CV-000734-001
 Amount:         $2.58
PLRA CIVIL FILING FEE
 For: James Woodham
 Case/Party: D-PAM-1-05-CV-000044-002
 Amount:         $15.46

CHECK
 Remitter: SCI - Coal Township
 Check/Money Order Num: 100411
 Amt Tendered: $21.45

Total Due:      $21.45
Total Tendered: $21.45
Change Amt:      $0.00


Only when bank clears the check or
verifies credit of funds is the fee
or debit officially paid or
discharged. A $45.00 fee will be
charged for returned checks.
```

April 2007

| Court # | Inmate # | Inmate Name | | | Maximum | % | Amount Paid | |
|---|---|---|---|---|---|---|---|---|
| 1019 | | | | | | | | |
| 1:98-CV-0109 | BC-3477 | CAMINO | JOSEPH | CC | $ 1,080.00 | 20% | $ 3.41 | Middle |
| 01-3163 01-134 | CT-6430 | FLYNN | DONALD | CC | $ 2.58 | 20% | $ 2.58 | Middle |
| 06-2327 | FG-8575 | WOODHAM | JAMES | CC | $ 341.92 | 20% | $ 15.46 | Middle |
| 4:03-CV-004 | | | | | | | | |
| | | | | | | | $ 21.45 | |

Secretary
JEFFREY A. BEARD, Ph.D.

Superintendent
JOSEPH J. PIAZZA



1 KELLEY DRIVE
COAL TOWNSHIP, PA 17866
(570) 644-7890

## PENNSYLVANIA DEPARTMENT OF CORRECTIONS
### STATE CORRECTIONAL INSTITUTION AT COAL TOWNSHIP

May 15, 2007

Clerk of Courts, U. S. District Court
Middle District
235 N Washington Avenue, Room 423
P. O. Box 1148
Scranton, PA  18501-1148

Dear Clerk of Courts

Enclosed please find check #100411 in the amount of $21.45 for April 2007 Court Cost Obligations.

The support documentation is attached.

If you have any questions, please contact me.

Sincerely

*Nancy Wilson*

Nancy Wilson, Accountant
Inmate Accounts
Phone:  (570) 644-7890 ext. 110
Fax:  (570) 644-3410
nwilson@state.pa.us

Attachments

cc:   File

"An Equal Opportunity Employer"